UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RICARDO GOMEZ, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 4:04-CV-0876-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:97-CR-011-G |
| Respondent. | ) | |

## ORDER

After reviewing the objections to the findings, conclusions and recommendation ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are hereby accepted as the Findings of the court.

It is therefore **ORDERED** that those Findings, are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

April 19, 2005.

_____
A. JOE FISH
CHIEF JUDGE